**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| PHYLLIS D. MASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:06-CV-656-SEB-VSS |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This cause is before the Court on the Parties' Stipulation to Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge (ALJ) will provide Plaintiff with an opportunity for a hearing and take any action necessary to complete the administrative record. The ALJ will further evaluate treating and examining source opinions, including the evidence submitted by Dr. Suzanne Montgomery, with an explanation of the weight given to such opinion evidence. The ALJ will discuss Plaintiff's impairments in light of the applicable listings at 20 C.F.R., Part 404, Subpart P, Appendix 1, re-evaluate Plaintiff's residual functional capacity and obtain vocational expert testimony, if necessary.

The Court, being duly advised, now GRANTS the motion.

IT IS SO ORDERED.  11/22/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Patrick Mulvany
2506 Willowbrook Parkway, Suite 201
Indianapolis, IN  46205